UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WESLEY SANDLIN, Individually and on behalf of other employees similarly situated** | **CIVIL ACTION NO. 18-7607** |
| **Plaintiff,** | **SECTION "I"** |
| | **JUDGE AFRICK** |
| **VERSUS** | **MAG. DIV. (4)** |
| | **MAGISTRATE JUDGE ROBY** |
| **GRAND ISLE SHIPYARD, INC.,** | |
| **Defendant,** | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIMS UNDER THE FLSA

Plaintiffs Wesley Sandlin, Jonathan Triggs and Jose Ayala, and Defendant Grand Isle Shipyard, Inc. ("GIS" or "Defendant") jointly move this Court to approve the Settlement Agreement of Plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.,* In support of this Motion, the parties submit the accompanying supporting Memorandum.

The settlement agreement and release has been approved by counsel and will be executed by the parties upon approval by the Court.

WHEREFORE, the parties respectfully request that this Court approve the proposed settlement of Plaintiffs' FLSA claims. The settlement amount allocated to the FLSA claims represents a fair and reasonable compromise of disputed issues, and if approved by the Court, the parties intend to execute the Settlement Agreement to finalize the settlement of this matter and bring an end to proceedings in this matter. The parties further pray that an order be issued dismissing this case with prejudice, each party to bear its/her own costs and attorneys' fees.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/* David M. Korn
     David M. Korn (Bar #21676)
     Mark D. Fijman (Bar #37860)
     Canal Place | 365 Canal Street, Suite 2000
     New Orleans, Louisiana 70130-6534
     Telephone: 504-566-1311
     Facsimile: 504-568-9130
     Email: david.korn@phelps.com
           mark.fijman@phelps.com

**ATTORNEYS FOR DEFENDANT, GRAND ISLE SHIPYARD, INC.**

/s/ Trang Q. Tran
Trang Q. Tran
Tran Law Firm)
2537 S. Gessner Road, Suite 104
Houston, Texas 77063
Telephone: (713) 223-8855
Email: ttran@tranlawllp.com

Scott D. Webre
Webre & Associates
2901 Johnston Street, Suite 307
Lafayette, Louisiana 70503
Telephone: (337) 237-5051
Email:sctottwebre@webreand associates.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on April 1, 2019 with the Court's CM/ECF system, which will electronically send a copy of the same to counsel for all parties

                                          /s/David M. Korn
                                          COUNSEL FOR DEFENDANT

PD.25820921.1