UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WESLEY SANDLIN**     **CIVIL ACTION**

**VERSUS**     **No. 18-7607**

**GRAND ISLE SHIPYARD, INC.**     **SECTION I**

### ORDER

Before the Court is a joint motion[1] for approval of the settlement of the claims brought by the plaintiffs, Wesley Sandlin, Jonathan Triggs, and Joseph Ayala (collectively, the "plaintiffs"), pursuant to the Fair Labor Standards Act, 29 U.S.C § 201, *et seq.* (the "FLSA").

The Court has reviewed the parties' joint motion and memorandum filed in support thereof, as well as their proposed confidential settlement agreement. The Court finds that there are *bona fide* disputes over application of the relevant provisions of the FLSA. The Court also finds that the parties' settlement reflects a fair and reasonable resolution of such disputes. This order is judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the FLSA, willful, intentional, or otherwise.

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and that the settlement is **APPROVED.**

---

[1] R. Doc. No. 48.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own expenses and attorneys' fees in accordance with the terms of the settlement agreement.

**IT IS FURTHER ORDERED** that the United States Clerk of Court shall file the settlement agreement into the record under **SEAL.**

New Orleans, Louisiana, April 3, 2019.

_____
        **LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**